
Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



(415) 556-9800

January 16, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
| --- | --- | --- |
| 05-10248 | USA v. Latu | CR-02-00542-HG |
| 05-10257 | USA v. Latu | CR-02-00174-2-HG |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk

Enclosure(s)
cc: All Counsel

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 23 2007
DISTRICT OF HAWAII